# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TIMOTHY COMANS

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,
TIMBERLINE TRADING OF
MISSOURI, LLC AND MICHAEL
GLOBE

NO.  2021 CW 0890

**FEBRUARY 23, 2022**

---

In Re:    Cincinnati Insurance Company, applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 653413.

---

**BEFORE:    WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DISMISSED.** This writ application is dismissed pursuant to relator's voluntary motion to dismiss, which advised that the parties settled all claims and controversies existing between them in this matter and requested that this writ application be dismissed.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT